UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 2:22-cv-14206 – Civil (Cannon)**

| | |
|---|---|
| SASB CORPORATION d/b/a OKEECHOBEE DISCOUNT DRUG, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL SECURITY CARD COMPANY, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PROPOSED SCHEDULING ORDER

The Court, after considering the matters discussed in the parties' Joint Scheduling Report, finds that good cause exists for entry of this Scheduling Order.

**A.  Case Management Track**

The Court finds that this is a "complex track" case.

**B.  Proposed Discovery Schedule**

The parties agree to comply with the deadlines set forth below, and the Court enters them as the schedule in this proceeding.

| Event | Deadline |
|---|---|
| Rule 26(a)(1) disclosures: | October 21, 2022 |
| Fact discovery completion: | July 7, 2023 |
| Expert discovery completion: | January 5, 2024 |
| Plaintiff's expert disclosure/report(s): | August 8, 2023 |
| Defendant's expert disclosure/report(s): | October 6, 2023 |
| Rebuttal expert report: | November 6, 2023 |
| Expert deposition(s): | January 5, 2024 |
| Plaintiff's motion for class certification: | February 5, 2024 |
| *Daubert* motions and motions for summary judgment | To be set after the Court rules on class certification. |
| Trial: | To be set after the Court rules on class certification and any dispositive motions. |

**C.   Discovery or ESI Agreements or Issues**

The parties will propose a protocol for searching ESI and submit such proposal to the Court by October 21, 2022.

**D.   Discovery Privileges and Protections**

The parties are working cooperatively on drafting a Stipulated Protective Order, which they shall submit pursuant to the schedule above.

**E.   Other Discovery Issues**

Apart from the limits imposed by the Federal Rules of Civil Procedure, the limits discussed in Sections C and D, and the deadlines listed above, no other limits are imposed on discovery at this time.

7

DONE AND ORDERED in Chambers at Fort Pierce, Florida, this ____ day of October 2022.

                                                      _____
                                                      Aileen M. Cannon, District Judge

QB\76178015.1