IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**Case No. 2:22-cv-14206-RMM**

| | |
|---|---|
| S.A.S.B. CORPORATION d/b/a OKEECHOBEE DISCOUNT DRUG, individually and as the representative of a class of similarly-situated persons, <br><br>Plaintiff, <br><br>v. <br><br>MEDICAL SECURITY CARD COMPANY, LLC, <br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
AND ORDER DIRECTING NOTICE TO THE SETTLEMENT CLASS**

Plaintiff, S.A.S.B. Corporation d/b/a Okeechobee Discount Drug ("Plaintiff"), on behalf of itself and a proposed settlement class of similarly-situated persons (identified herein as the "Settlement Class"), respectfully requests that the Court enter an Order pursuant to Fed. R. Civ. P. 23(e) that: (1) preliminarily approves the parties' proposed class action settlement (the Settlement Agreement is attached hereto as Exhibit A); (2) preliminarily certifies the proposed Settlement Class; (3) approves the form of Class Notice attached as Exhibit 2 to the Settlement Agreement and its dissemination by United States mail and fax transmission; and (4) sets dates for opt-outs and objections, and a final approval hearing no sooner than 100 days from today's date.

A proposed Preliminary Approval Order is attached as Exhibit 1 to the Agreement and will be submitted to the Court electronically. This motion is unopposed.

Plaintiff has filed a brief in support of this motion.

Dated: September 8, 2023

            Respectfully submitted,

            S.A.S.B. CORPORATION d/b/a OKEECHOBEE DISCOUNT DRUG, individually and as the representative of a class of similarly-situated persons,

            By: /s/ Phillip A. Bock
              One of their attorneys

            **BOCK HATCH & OPPENHEIM, LLC**
            Phillip A. Bock (Fla. Bar No. 93895)
            820 W 41st St, #318
            Miami Beach, FL 33140
            Phone: 305-239-8726
            phil@classlawyers.com
            service@classlawyers.com

            David M. Oppenheim (*pro hac vice*)
            Barry J. Blonien (*pro hac vice*)
            203 N. La Salle St., Ste. 2100
            Chicago, IL 60601
            Phone: 312-658-5525
            david@classlawyers.com
            barry@classlawyers.com

## CERTIFICATE OF E-FILING AND SERVICE

I hereby certify that, on September 8, 2023, I electronically filed the foregoing *Motion* using the ECF System, which will send notification of such filing to all counsel of record.

/s/ Phillip A. Bock